IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEKALB,

      Plaintiff,                          No. CIV S-10-1427 GGH P

  vs.

MARSH, et al.,

      Defendants.                  <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        By an order filed July 21, 2010, plaintiff was ordered to file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. The Clerk of Court is directed to assign a district judge to this action.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
2  shall be served and filed within fourteen days after service of the objections.  The parties are
3  advised that failure to file objections within the specified time may waive the right to appeal the
4  District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: September 15, 2010

/s/ Gregory G. Hollows
―――――――――――――――――――
UNITED STATES MAGISTRATE JUDGE

GGH:035
deka1427.fifp